UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
D.A., et al.                              )
                                          )
            Plaintiffs,                   )
                                          )
      v.                                  )      Civil Action No. 07-1084 (PLF)
                                          )
DISTRICT OF COLUMBIA, et al.              )
                                          )
            Defendants.                   )
_____)


REFERRAL ORDER

It is hereby ORDERED that this action is referred to a magistrate judge for

management of all pre-trial matters, including for the purpose of issuing reports and

recommendations on any dispositive motion filed in this case.  On all further filings the parties

shall place the initials of Judge Paul L. Friedman and the initials of the assigned magistrate judge

following the case number in the caption.

Pursuant to Rule 73 of the Federal Rules of Civil Procedure, Local Civil Rule

73.1 and 28 U.S.C. § 636(c), the parties are hereby notified of their voluntary right to consent to

assignment of this case to a magistrate judge to conduct any and all proceedings, including the

final decision on motions for summary judgment or other dispositive motions, as well as trial

(with or without a jury), and entry of judgment.  Appeal from a judgment entered by a magistrate

judge under these Rules, and with the parties' consent, will lie directly to the court of appeals as

it would from a judgment of the District Court.  FED. R. CIV. P. 73(c);  LCvR 73.1(c).  The right

to so consent is a voluntary right, and the parties are free to withhold consent without adverse

substantive consequences.  FED. R. CIV. P. 73(b); LCvR 73.1(b).  If the parties wish to give this

consent, they must execute and file a joint form of consent or separate forms of consent setting

forth such election.  FED. R. CIV. P. 73(b).  A form of consent may be found as Form 34 in the

Appendix to the Federal Rules of Civil Procedure or may be obtained from the Clerk's Office.

Any notice of consent, joint or separate, should be filed with the Clerk of the Court and only once

all parties have consented to the referral of the matter to a magistrate judge.  FED. R. CIV. P.

73(b);  LCvR 73.1(b).

        SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 19, 2007