UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| D.A., | ) |
| A minor by his mother and next friend | |
| BERNICE RICHARDSON, <u>et al.,</u> | ) |
| Plaintiffs, | ) |
| v. | )  Civil Action No. 07-1084 (PLF) (JMF) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

_____

## **<u>DEFENDANT'S CONSENT MOTION FOR AN EXTENSION</u>**
## **<u>OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

Defendant, by counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including August 29, 2007, to file its response to plaintiff's Complaint, currently due on August 8, 2007. As grounds for said request, the undersigned states that she was out of the office from July 26, 2007, till August 3, 2007, and has had insufficient time to investigate the allegations contained in the Complaint and prepare a response. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

<div style="margin-left: 3in;">

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

</div>

August 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| D.A., | ) |
| A minor by his mother and next friend | |
| BERNICE RICHARDSON, <u>et al.</u>, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1084 (PLF) (JMF) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

_____

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiff's consent to this motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

<div style="text-align: right;">

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., )<br>A minor by his mother and next friend<br>BERNICE RICHARDSON, <u>et al.,</u> )<br><br>    Plaintiffs, )<br><br>      v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>    Defendant. ) | Civil Action No. 07-1084 (PLF)<br>(JMF) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File a Response to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendant's Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including August 29, 2007, in which to file its response to Plaintiff's Complaint.

_____ ____

United States District Court Judge

5