UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**D.A.**, *et al.*,

    **Plaintiffs,**

    **v.**                                         CA No. 07-1084 (PLF) (JMF)

**DISTRICT OF COLUMBIA**, *et al.*,

    **Defendants.**

**ORDER**

This case was referred to me for management of all pre-trial matters. Currently pending and ready for resolution is defendants' <u>Motion for Partial Dismissal of Plaintiffs' Complaint</u> [#5]. It appearing that plaintiffs have not filed an opposition to the motion, it is, hereby,

**ORDERED** that plaintiffs show cause in writing, within 14 days of the date of this Order, why defendants' motion should not be granted.

**SO ORDERED.**

                                            _____/s/_____
                                            **JUDGE JOHN M. FACCIOLA**
**Dated: September 11, 2007**      **UNITED STATES MAGISTRATE JUDGE**