IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERNICE RICHARDSON, et al** * | |
| Plaintiffs * | |
| * | **Civil Action No: 07-1084 (PLF)** |
| v. * | |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| Defendants * | |

**************************************

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiffs, Patrice Stephens and J.S., a minor, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully responds to this Honorable Court's Order to Show Cause why Plaintiffs' case should not be dismissed for failure to respond to Defendant's motion for partial dismissal. In response, Plaintiff represents the following unto this Honorable Court:

1. That on or about June 18, 2007, Plaintiffs filed a complaint pursuant to the Individual with Disabilities Education Act ("IDEA") wherein they appealed an adverse Hearing Officer Decision.

2. That on or about August 24, 2007 Defendants filed a motion for partial dismissal of Plaintiffs' complaint premised on an alleged failure to state a claim under Section 1983 and 504 of the Rehabilitation Act.

3. That undersigned is involved in approximately five (5) other cases against the District of Columbia, wherein similar motions for partial dismissal were filed.

4. That undersigned requested an enlargement of time within which to respond to all the motions filed in the different cases. Nonetheless, undersigned due to excusable neglect was under the impression that a motion for enlargement of time was also filed in the instant case.

5. That Plaintiffs intend to prosecute this matter having filed their response to Defendants' motion for partial dismissal on September 21, 2007.

6. That no party would be prejudiced if Plaintiffs response is accepted as filed nun pro tunc to September 4, 2007.

Accordingly, Plaintiffs request that their complaint should not be dismissed as contemplated by the Court in the interest of justice.

Respectfully submitted,
THE IWEANOGES' FIRM P.C.


By:_____/s/*JudeIweanoge/s/*_____
       Jude C. Iweanoge (493241)
       IWEANOGE LAW CENTER
       1026 Monroe Street, NE
       Washington, D.C. 20017
       Phone: (202) 347-7026
       Fax: (202) 347-7108
       Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on 25th September 2007 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

                                                                                                  /s/*JudeIweanoge*/s/  
                                                                                                  Jude C. Iweanoge