UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D.A., *et al.*, ) | ) | |
| Plaintiff, ) | ) | |
| v. ) | ) | Civil Action No. 07-1084   (PLF/JMF) |
| District of Columbia, *et al.*, ) | ) | |
| Defendant. ) | ) | |

ORDER

On June 19, 2007, this Court referred this action to Magistrate Judge John M. Facciola for management of all pre-trial matters, including for the purpose of issuing Reports and Recommendations on any dispositive motions.

On December 6, 2007, Magistrate Judge Facciola filed a Report and Recommendation recommending that this Court strike Plaintiff's Opposition to Defendant's Motion for Partial Dismissal [7] as untimely, and grant Defendants' Motion for Partial Dismissal of Plaintiffs' Complaint [5] as conceded. No objections were timely filed. See Loc. Civ. R. 72.3(b) (providing that "[a]ny party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days" and that "[f]ailure to file timely objections may waive appellate review of a District Court order adopting the magistrate judge's report").

Upon consideration of the Report and Recommendation and the entire record herein, it is hereby

ORDERED that the Court ADOPTS and APPROVES the Report and

Recommendation of Magistrate Judge Facciola in its entirety. Plaintiffs' opposition is hereby STRICKEN from the record, and plaintiffs' claims under Section 1983 and the Rehabilitation Act are hereby DISMISSED.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: January 7, 2008