UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
D.A. a minor, by his mother
And next friend,                          )
Bernice Richardson
                    Plaintiffs,           )
                                          )        Civil Action No. 07-1084(PLF/JMF)
            v.                            )
District of Columbia,                     )

                    Defendant.            )
_____

ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1.   Defendant admits the existence of the statutory authorities alluded to in

paragraph numbered 1, but deny that jurisdiction is necessarily authorized or proper

solely by reason thereof.  The remaining allegations contained in paragraph numbered 1

are conclusions of law and/or fact of the pleader to which no response is required. If a

response is required, then the same are denied.  Further answering, defendant states that

claims under the Rehabilitation Act of 1973 ("Section 504"); U.S.C. Sec. 794 and under

42 U.S.C. Sec. 1983 have been dismissed.

2.   Defendant admits the allegations contained in paragraph numbered 2.   Further

answering, defendant states that claims under Section 504 have been dismissed.

3.   Defendant admits the District of Columbia is a municipal corporation. The

remaining allegations contained in paragraph numbered 3 are conclusions of law and/or

fact of the pleader to which no response is required. If a response is required, then the

same are denied.  Further answering, defendant states that claims under Section 504 have been dismissed.

4.  The allegations contained in paragraph numbered 4 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the  same are denied

5.  Defendant admits the allegations contained in paragraph numbered 5.

6.  The allegations contained in paragraph numbered 6 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

7.  The allegations contained in paragraph numbered 7 are a  characterization of the October 18, 2004 Psycho-educational Evaluation which speaks for itself.

8.  The allegations contained in paragraph numbered 8 are denied.

9-13.   The allegations contained in paragraphs numbered 9 through 13 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

14.  The allegations contained in paragraph numbered 14 are a characterization of a 01/02/07 due process complaint which speaks for itself.

15.  The allegations contained in paragraph numbered 15 are a characterization of a Disclosure Notice which speaks for itself.

16.  The allegations contained in paragraph numbered 16 are a characterization of the transcript of the Administrative Hearing which speaks for itself.

17.  The allegations contained in paragraph numbered 17 are a characterization of the parent's testimony as recorded at the administrative hearing. The parent's testimony speaks for itself.

18.  The allegations contained in paragraph numbered 18 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

19.  Defendant admits the hearing officer issued a 3/19/07 HOD in which he dismissed the claim against DCPS. The remaining allegations contained in paragraph numbered 19 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

20-22.  The allegations contained in paragraphs numbered 20 through 22 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

23.   Defendant incorporates by reference its answers to paragraphs numbered 1 through 22.

24.  The allegations contained in paragraph numbered 24 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.  Further answering, defendant states that claims under Section 504 have been dismissed.

25.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 24.

26.  The allegations contained in paragraph numbered 26 are conclusions of law

and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

27.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 26.

28.  The allegations contained in paragraph numbered 28 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

29.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 28.

30.  The allegations contained in paragraph numbered 30 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

31.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 30.

32.  The allegations contained in paragraph numbered 32 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

33.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 32.

34.  The allegations contained in paragraph numbered 34 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

35.  Defendant incorporates by reference its answers to paragraphs numbered 1

through 34.

36.  The allegations contained in paragraph numbered 36 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

37.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 36.

38.  The allegations contained in paragraph numbered 38 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

39.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 38.

40.  The allegations contained in paragraph numbered 40 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

41.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 40.

42.  The allegations contained in paragraph numbered 42 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

43.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 42.

44.  The allegations contained in paragraph numbered 44 are conclusions of law

and/or fact of the pleader to which no response is required. If a response is required, then the same are denied.

Further answering the complaint, defendant denies all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

## FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies on all pertinent issues.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the applicable statute of limitations or laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's right to attorney fees and costs is strictly limited.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

_/s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

January 16, 2008