UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., a minor, by his mother and next friend, BERNICE RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-1084 (PLF)<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please withdraw the appearance of Senior Assistant Attorney General Maria Merkowitz as counsel on behalf of Defendant District of Columbia, and enter the appearance of Assistant Attorney General Amy Caspari as counsel on behalf of Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

|  |  |
|---|---|
|  | */s/ Edward P. Taptich*<br>EDWARD P. TAPTICH<br>Chief, Equity Section II<br>Bar Number: 012914 |
|  | */s/ Maria L. Merkowitz*<br>MARIA L. MERKOWITZ<br>[312968]<br>Senior Assistant<br>Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 442-9842<br>Maria.Merkowitz@dc.gov |
| July 3, 2008 | */s/ Amy Caspari*<br>Amy Caspari<br>[488968]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-7794<br>Amy.Caspari@dc.gov |