**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————
|  | : |  |
| D.A., a minor, by his mother | : | |
| and next friend, | : | |
| BERNICE RICHARDSON, | : | |
|  | : | |
|  | : | |
| Plaintiff, | : | |
|  | : | |
| v. | : | Civil Action No. 07-1084 (PLF)(JMF) |
|  | : | |
| DISTRICT OF COLUMBIA, | : | |
|  | : | |
| Defendant. | : | |
—————————————————————

**DEFENDANTS' COMMENT ON RESPONSE TO SHOW CAUSE ORDER**

The Defendants, by counsel, submit herewith this brief comment on the "Plaintiff's Counsel Response to Order to Show Cause" filed herein on August 8, 2008 ("Response"), in light of certain misstatements of fact.

In his Response, Mr. Iweanoge essentially says that he had transferred the case to other counsel in January, 2008, and had mistakenly assumed new counsel was overseeing the case since that time. The Response states that "new counsel in fact filed several notices for substitution of counsel shortly after the files [in this and, apparently other cases] were transferred to new counsel . . .". Response, para. 8.[1]  In fact, new counsel did not enter an appearance in this case until August 8, 2008.

The Response further asserts that Mr. Iweanoge "did not receive any ECF filings or notice from the Court since January 2008" in this case, and that he "had not received any notice from the Court since January on this and other matters."  Response, paras. 9, 10.  Had he been "put on notice" of the scheduling conference, it is said, counsel "would

---
[1] An "Exhibit 1" is cited in support of these statements, but no exhibit accompanies the Response.

have reviewed the docket entry . . . and would have contacted new counsel." Response, para. 12.

Defendants have no knowledge of what transpired between Mr. Iweanoge and new counsel, or when. However, it should be made clear that, contrary to his statements, and as confirmed by the e-docket herein, Mr. Iweanoge – and, until August 8, no other counsel – was in fact given electronic notice of all events to date in this case, including the July 10 notice of the August 1 scheduling conference. See Exhibit 1 hereto.

Whatever other reasons may exist for counsel's failure to appear on August 1, lack of specific notice by the Court is not one.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
August 13, 2008                               Washington, D.C. 20001

# EXHIBIT 1

**Caspari, Amy (OAG)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, July 10, 2008 10:57 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-01084-PLF-JMF D.A. et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA Set/Reset Deadlines/Hearings |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/10/2008 at 10:57 AM and filed on 7/10/2008
**Case Name:** D.A. et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA
**Case Number:** 1:07-cv-1084
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set/Reset Deadlines/Hearings: Scheduling Conference set for 8/1/2008 at 2:00 PM in Chambers before Magistrate Judge John M. Facciola. (lcjmf1, )**

**1:07-cv-1084 Notice has been electronically mailed to:**

Jude Chinedu Iweanoge jci@iweanogesfirm.com

Amy Caspari amy.caspari@dc.gov, edward.taptich@dc.gov

**1:07-cv-1084 Notice will be delivered by other means to::**