UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., a minor, by his mother and next friend, BERNICE RICHARDSON, : : : : : Plaintiff, : : v. : Civil Action No. 07-1084 (PLF)/(JMF) : DISTRICT OF COLUMBIA, : : Defendant. : : | |

# DEFENDANT'S MOTION TO DEEM DEFENDANT'S AUGUST 8, 2008, MOTION TO DISMISS CONCEDED

On August 8, 2008, Defendant filed a Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute ("Motion"). Plaintiff has failed to oppose Defendant's Motion. Defendant's Motion should, therefore, be deemed conceded.

Defendant's Motion was filed on August 8, 2008. Plaintiff had eleven days, or until August 19, to file a memorandum in opposition to Defendant's Motion. See LCvR 7(b). This deadline would have extended three days until August 22, 2008, if Plaintiff had filed and served its Opposition electronically. See Syska Hennessey Group v. Black Sr., et al., 2007 WL 2908746*1 (D.D.C. October 1, 2007) citing Fed. R. Civ. P. 6(e).

In its Motion, Defendant argued that Plaintiff's failure to appear at the August 1, 2008, scheduling conference, together with Plaintiff's failure to have opposed Defendant's earlier Motion to Dismiss (and the Court on January 8, 2008 deeming that

1

motion conceded[1]), affirmatively demonstrates Plaintiff's failure to prosecute her claims and prejudices Defendant's attempts to defend such claims.

As this Court found in Hennessey, the Court may deem a Motion conceded where an Opposition was not filed in compliance with the time limitations set forth in LCvR 7(b) and Fed. R. Civ. P. 6(b), and no motion for enlargement of time evidencing excusable neglect had been filed. Id. See also Institute for Policy Studies v. United States Central Intelligence Agency, 246 F.R.D. 380 (D.D.C. December 18, 2007) (motion would be deemed conceded pursuant to local rule because the party failed to timely serve an opposition, and that mis-calendaring of the due date was not excusable neglect.)

In this case, Plaintiff has again failed to meet a deadline pursuant to the rules of this Court, and has failed to show any excusable neglect. As stated in Defendant's Motion, Plaintiff's failures and delays have given rise to new facts surrounding the Complaint allegations (e.g. Plaintiff has unilaterally changed schools and has a new Individualized Education Plan)—facts that have made the requested relief irrelevant and/or moot. Moreover, Defendant is required to prepare unnecessary pleadings like this one—wasting government resources and causing prejudice by forcing trial attorneys such as the undersigned to gather facts outside the administrative record from DCPS employees unfamiliar with this student.

Accordingly, Plaintiff's failure to Oppose Defendant's Motion here should be deemed conceded.

---

[1] See Slip Copy, 2007 WL 4365452 (D.D.C., December 6, 2007).

2

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Acting Attorney General
                                                for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                ***/s/ Edward P. Taptich***
                                                EDWARD P. TAPTICH [#012914]
                                                Chief, Equity Section II

                                                ***/s/ Amy Caspari***
                                                AMY CASPARI [#488968]
                                                Assistant Attorney General
                                                441 Fourth Street, N.W.
                                                Sixth Floor South
August 26, 2008                              Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.A., a minor, by his mother and next friend, BERNICE RICHARDSON, | : : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 07-1084 (PLF)/(JMF) |
| DISTRICT OF COLUMBIA, | : : |
| Defendant. | : : |

## ORDER

Upon consideration of the Defendant's Motion to Deem Defendant's August 8, 2008, Motion to Dismiss Conceded, it is, this _____ day of _____, 2008,

**ORDERED,** that Defendant's Motion to Dismiss is conceded; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice for Plaintiff's failure to prosecute her claims.

_____
United States District Court Judge Friedman