UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **D.A., et al.,** | * |
|  | * |
| **Plaintiff** | * |
|  | *   Civil Action No. 07-1084(PLF/JMF) |
| **v.** | * |
|  | * |
| **DISTRICT OF COLUMBIA, et al.,** | * |
|  | * |
| **Defendant** | * |

### MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Plaintiff by and through its undersigned counsel respectfully requests that the Court grant their motion for extension of time to file. In support thereof, the Plaintiff states as follows:

1. That on or about August 8, 2008, Defendant filed a motion to dismiss Plaintiff's complaint for failure to prosecute.

2. That on or about August 8, 2008, the undersigned counsel filed a substitution of counsel in this case but was not aware that a motion to dismiss was filed by the Defendant prior to the substitution of counsel.

3. That upon gaining knowledge of the motion the undersigned, on August 26, 2008, called and left a message for Defendant's counsel in the afternoon and requested an extension to file the response to the motion to dismiss.

4. That on or about August 27, 2008, the undersigned discovered that instead of returning the undersigned phone call, Defendant's counsel filed another motion to dismiss in the evening of August 26, 2008.

1

5.	That although Defendant District of Columbia did not return the call and as such did not consent to the late filing the Plaintiff submits that no party would be prejudiced by the requested motion to late file but that the student would be harmed by the dismissal as it would not be based on the merits of the case.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant the motion for extension of time to late file as the undersigned counsel has recently substituted as counsel in this case and is trying to acclimate herself to the process up to this point.

Respectfully Submitted,
Law Offices of Christopher N. Anwah,

   /s/*Fatmata Barrie*/s/
Fatmata Barrie (DC Bar #485122)
LAW OFFICES OF CHRISTOPHER ANWAH
10 R Street, NE
Washington, DC  20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **D.A, et al.,** | * |
| | * |
| Plaintiff | * |
| | *   Civil Action No. 07-1084(PLF/JMF) |
| v. | * |
| | * |
| **DISTRICT OF COLUMBIA, et al.,** | * |
| | * |
| Defendant | * |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

Respectfully Submitted,
Law Offices of Christopher N. Anwah


_____/s/*Fatmata Barrie*/s/_____

Fatmata Barrie (DCB#485122)
LAW OFFICES OF CHRISTOPHER N. ANWAH
10 R Street, NE
Washington, DC  20002
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: fbarrie@verizon.net
Attorney for Plaintiff

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **D.A., et al.,** * | |
| Plaintiff * | |
| * | |
| v. * | **Civil Action No. 07-1084(PLF/JMF)** |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al.,** * | |
| Defendant * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Response to Defendant's Motion Dismiss, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**

_____
JUDGE

4